IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Laura McGraw, et al. | ) ) |
| Plaintiff, | ) 16-CV-3016 ) ) |
| v. | ) **UNDER SEAL** ) |
| HEALOGICS, INC., | ) ) |
| Defendant. | ) ) |

## UNITED STATES' NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in a portion of this action for the purpose of settlement. The United States intervenes against defendant Healogics, Inc. (Healogics) with respect to the Covered Conduct defined in the Settlement Agreement entered into between Healogics, Relator Laura McGraw (Relator), and the United States, dated June 1, 2018. The United States declines to intervene with respect to all other allegations. Pursuant to the terms of the Settlement Agreement, once Healogics's payment is made, on or before July 4, 2018, the parties will file a joint stipulation dismissing this action subject to the specific terms and conditions of their Settlement Agreement.

The United States requests that Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content

and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this Notice.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By: */s/ Jacob A. Schunk*

JACOB A. SCHUNK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Tel: (319) 363-6333
Fax: (319) 363-1990
Jacob.Schunk@usdoj.gov
