IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Laura McGraw, et al. | ) ) ) 16-CV-3016 |
| Plaintiff, | ) ) |
| v. | ) **UNDER SEAL** |
| HEALOGICS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

Upon consideration of the United States' Notice of Partial Intervention for Settlement, it is hereby:

**ORDERED** that the Complaint, the United States' Notice of Partial Intervention for Settlement, and this Order be unsealed;

**ORDERED** that all other papers on file in this action remain under seal and not be made public or served upon Defendant; and

**ORDERED** that the parties shall file a joint stipulation of dismissal pursuant to the terms of their Settlement Agreement.

**IT IS SO ORDERED** this  6th day of     June     2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa